

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Don Parr Bosworth, Jr., Appellant

No. 06-12-00058-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2010-F-00223). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

      As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render a judgment of acquittal.

      We further order that the appellee pay all costs of this appeal.

RENDERED FEBRUARY 15, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk